## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02170-RM-NYW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

RCH COLORADO, LLC, f/k/a LUNA GAMING CENTRAL CITY, LLC,
d/b/a FORTUNE VALLEY CASINO, d/b/a FORTUNE VALLEY HOTEL
AND CASINO, AND d/b/a RESERVE CASINO HOTEL,

    Defendant.

## ORDER SETTING RULE 16(b) SCHEDULING CONFERENCE

    IT IS ORDERED that a Scheduling Conference is set for **December 15, 2015 at 9:30 a.m.**, in Courtroom C-204, 2d Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2(b).

    A copy of the instructions for the preparation of a scheduling order and a form of scheduling order can be downloaded from the court's website at www.cod.uscourts.gov. The parties or their counsel shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.6.0, including a copy of the proposed scheduling order in a Word format sent via email to Wang_Chambers@cod.uscourts.gov, on or before **seven days prior** to the Scheduling Conference.

DATED: November 20, 2015

                                                       BY THE COURT:

                                                       s/Nina Y. Wang_____
                                                       United States Magistrate Judge